# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2017

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154527(110)

COALITION PROTECTING AUTO NO-FAULT,
MARTHA E. LEVANDOWSKI, GERALD E.
CLARK, MARY ELLEN CLARK, A. MICHAEL
DELLER, PAULINA M. DELLER and M. THOMAS
DELLER,
       Plaintiffs-Appellants,
and

BRAIN INJURY ASSOCIATION OF
MICHIGAN, ILENE IKENS, RICHARD IKENS,
KENNETH WISSER, SUSAN WISSER,
GREGORY WOLFE and KAREN WOLFE,
       Plaintiffs-Appellees,

v

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,
       Defendant-Appellee.

SC: 154527
COA: 314310
Ingham CC: 12-000068-CZ

_____/

On order of the Chief Justice, the motion of Outside Legal Counsel, PLC, and attorney Philip L. Ellison to participate as amici curiae and to file an amicus brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on January 25, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2017

Clerk